R. L. POLK & COMPANY v. AMERICAN MORTGAGE LOAN COMPANY.[1]

May 6, 1897.

Nos. 10,567—(208).

**Justice Court Practice.**

> Pleadings in justice court should be construed liberally, and after judgment therein every reasonable intendment is in favor of the regularity and validity of the proceedings.

Action in justice court by R. L. Polk & Co. against the American Mortgage Loan Company. There was a judgment for plaintiff, which was affirmed by the municipal court of St. Paul, Orr, J., and defendant appeals. Affirmed.

*S. C. Olmstead,* for appellant.

*C. W. Ney,* for respondent.

BUCK, J. This appeal is brought to reverse a judgment of the municipal court of the city of St. Paul affirming the judgment of a justice of the peace of said city, wherein plaintiff recovered judgment against defendant for the sum of five dollars. In view of the liberality with which pleadings in justice court must be construed, and the further fact that after judgment every reasonable intendment is in favor of the regularity and validity of the proceedings, we are of the opinion that it should be held in this case that the complaint stated a cause of action, and that the evidence justified the judgment. Judgment affirmed.

[1] Reported in 70 N. W. 1078.